UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CLARK JR., <br><br> Plaintiff, <br><br> v. <br><br> SAN DIEGO, CITY OF, et al., <br><br> Defendants. | Case No. 12cv1186-JLS (BLM) <br><br> **ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **MOTION TO AMEND SCHEDULING ORDER** <br><br> [ECF No. 21] |

On March 21, 2013, Defendants filed an *Ex Parte* Motion to Amend Scheduling Order. See ECF No. 21. Defendants seek to have the current March 29, 2013 fact discovery deadline extended by three weeks. See Id. at 2. In support, Defendants state that Defendants served deposition notices on March 19, 2013 for three percipient witness depositions on March 27, 2013 and two percipient witness depositions on March 28, 2013, and that "Plaintiff objects to the amount of notice of these witnesses." Id. at 2. Defendants contend that the "requested relief will provide Plaintiff and Defendant enough time to accommodate the concerns of both parties without prejudice to the administration of this lawsuit." Id. at 3. Defendants note that while Plaintiff "declined to join this motion," he also stated that he would not oppose the motion. Id. at 2. Plaintiff has not filed an opposition.

Good cause appearing, Defendants' motion is **GRANTED**. All discovery shall be

completed by all parties on or before **April 19, 2013**.  All other dates and deadlines remain as previously set.  See ECF No. 9.

**IT IS SO ORDERED**.

DATED: March 25, 2013

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge