# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CLARK JR.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF SAN DIEGO, et al.,<br><br>　　　　　　Defendant. | CASE NO. 12-cv-1186 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT OFFICER L. JOHNSON**<br><br>(ECF No. 30) |

　　　Presently before the Court is the parties' joint motion to dismiss the action with prejudice as to Defendant Officer L. Johnson. (ECF No. 30.) Good cause appearing, the parties' joint motion is **GRANTED**. As stipulated by the parties, each party shall bear their respective costs and attorney fees.

　　　**IT IS SO ORDERED**.

DATED: April 17, 2013

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge