JAN I. GOLDSMITH, City Attorney
ANDREW JONES, Assistant City Attorney
JOHN E. RILEY, Deputy City Attorney
California State Bar No. 144268
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO, MARK RINGGENBERG, CARLOS REAL AND L. JOHNSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CLARK, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SAN DIEGO OFFICER MARK RINGGENBERG (#6605), OFFICER CARLOS REAL (#5495) OFFICER L. JOHNSON (5954), <br><br> Defendants. | Case No. 12cv1186 JLS (BLM) <br><br> **DEFENDANTS CITY OF SAN DIEGO, MARK RINGGENBERG, AND CARLOS REAL'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Date: June 21, 2013 <br> Time: 1:30 p.m. <br> Judge: Janis L. Sammartino <br> Court Room: 4A, Schwartz |

TO PLAINTIFF FRED CLARK JR., AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on **June 21, 2013, at 1:30 p.m.** or as soon thereafter as the matter maybe heard in Courtroom 4A, Fourth Floor (Schwartz) of the Honorable Janis L. Sammartino in the above-entitled court, located at 221 West Broadway, San Diego, California, Defendants City of San Diego, Officer Mark Riggenberg (*erroneously* sued as Mark Ringgenberg), and Officer Carlos Real by and through their attorney of record John Riley, will move the Court pursuant to Federal Rule of Civil Procedure section 56 to grant this Motion for Full or Partial Summary Judgment.

This motion will be based on this Notice of Motion and Motion for Summary Judgment; the City Defendants' Memorandum of Points and Authorities in support of this motion; the Declarations in Support of City Defendants' Motion for Full or Alternatively, Partial Summary Judgment, the pleadings; the City Defendants' request for judicial notice; the City Defendants' list of evidence; as well as all other papers, affidavits, exhibits, deposition transcripts or other documents lodged concurrently with this motion, and further oral and documentary evidence and matters as may be presented to the court upon the hearing of said motion.

The grounds for this motion are that the facts do not support, as a matter of law, a constitutional violation of the U.S. Constitution. Therefore, there is no legal basis for Plaintiff's causes of action for violation of the Federal Civil Rights Act, 42 U.S.C. § 1983 including the claims of lack of probable cause to arrest, the lack of reasonable suspicion to detain, the use of excessive use of force, malicious prosecution or the custom, practice or policy of the City which would support Plaintiffs "*Monell*" claim. In the alternative Defendants seek the adjudication of the following issue of law:

**ADJUDICATION NO. 1:**

There was probable cause arrest Plaintiff.

**ADJUDICATION NO. 2:**

Probable cause to arrest law negates Plaintiff's claim of False Arrest

**ADJUDICATION NO. 3:**

Malicious Prosecution – probable cause to arrest Plaintiff negates this claim.

**ADJUDICATION NO. 4:**

Malicious Prosecution – Plaintiff was not successful on all counts at the criminal trial, thus negating his claim for malicious prosecution.

**ADJUDICATION NO. 5:**

Malicious Prosecution – Plaintiff does not meet the burden of proof to support a 1983 claim for malicious prosecution.

**ADJUDICATION NO. 6:**

The Officers are entitled to Qualified Immunity relative to the detention and arrest of Plaintiff.

**ADJUDICATION NO. 7:**

The use of force by defendants was reasonable under the totality of the circumstances.

**ADJUDICATION NO. 8:**

The officers are entitled to Qualified Immunity relative to their use of force.

**ADJUDICATION NO. 9:**

There is no evidence to support a *Monell* claim against the City of San Diego.

Dated: April 29, 2013              JAN I. GOLDSMITH, City Attorney


By /s/ *John E. Riley*
    John E. Riley
    Deputy City Attorney

Attorneys for Defendants
CITY OF SAN DIEGO, MARK RINGGENBERG, AND CARLOS REAL