# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| FRED CLARK JR.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 12-cv-1186 JLS (BLM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 39) |
|---|---|

　　　Presently before the Court is Plaintiff Fred Clark Jr.'s ("Plaintiff") motion for Plaintiff to have access to the electronic CM/ECF filing system. (ECF No. 39.) The hearing set for June 6, 2013 is **HEREBY VACATED** and the matter is taken under submission without oral argument pursuant to Civil Local Rule 7.1.d.1.

　　　**IT IS SO ORDERED**.

DATED: May 30, 2013

　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge