# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Janis L. Sammartino
FROM: D. Sutton   , Deputy Clerk   RECEIVED DATE: 6/6/2013
CASE NO. 12CV1186-JLS-BLM   DOCUMENT FILED BY: Fred Clark, Jr.
CASE TITLE: Clark v. City of San Diego et al.
DOCUMENT ENTITLED: Ex Parte Application

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☒ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | Non-compliance with Local Rule 5.1(a). |

Date Forwarded: 6/6/2013

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 6/7/13            CHAMBERS OF: The Honorable Janis L. Sammartino
cc: All Parties          By: