FRED CLARK JR.
10 River Edge Road
Bergenfield, NJ 07621
Telephone: (201) 233-9408
Facsimile: (201) 374-1176

Attorney for Plaintiff, Pro Se

NUNC PRO TUNC

JUN - 6 2013

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CLARK JR., | Case No.: 12cv1186JLS(BLM) |
| Plaintiff, | **NOTICE OF EX-PARTE APPLICATION AND EX-PARTE APPLICATION TO ATTEND HEARING FOR THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY TELEPHONE** |
| vs. | |
| THE CITY OF SAN DIEGO, et al., | |
| Defendants. | Hearing Date: June 21, 2013<br>Time: 1:30PM<br>Judge: Hon. Janis L. Sammartino<br>Ctrm: 4A, Schwartz |

TO DEFENDANTS: CITY OF SAN DIEGO et al. AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 21, 2013 at 1:30PM or as soon thereafter as the matter can be heard, in Courtroom 4A, Fourth Floor (Schwartz) of the Honorable Janis L. Sammartino in the above-entitled court located at 221 West Broadway, San Diego, California, the Plaintiff, will and does move the Court by ex-parte application for an ORDER PERMITTING THE PLAINTIFF TO ATTEND HEARING FOR THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY TELEPHONE.

This ex-parte application will be based upon this Notice, and the DECLARATION OF THE PLAINTIFF IN SUPPORT OF EX-PARTE APPLICATION TO ATTEND HEARING FOR THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY TELEPHONE.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this June 3, 2013

*[signature]*

10 RIVER EDGE ROAD
BERGENFIELD NJ 07621
FRED CLARK JR (PRO SE)
ATTORNEY FOR THE PLAINTIFF

```
1   FRED CLARK JR.
        10 River Edge Road
2       Bergenfield, NJ 07621
        Telephone: (201) 233-9408
3       Facsimile: (201) 374-1176

4   Attorney for Plaintiff, Pro Se
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED CLARK JR., | Case No.: 12cv1186JLS(BLM) |
| Plaintiff, | **DECLARATION OF THE PLAINTIFF IN SUPPORT OF EX-PARTE APPLICATION TO ATTEND HEARING FOR THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY TELEPHONE** |
| vs. | |
| THE CITY OF SAN DIEGO, et al., | Hearing Date: June 21, 2013 |
| Defendants. | Time: 1:30PM |
| | Judge: Hon. Janis L. Sammartino |
| | Ctrm: 4A, Schwartz |

The Plaintiff HEREBY declares the following:

1. June 22, 2013 is my wife's due date for the birth of our second child.
2. The doctor has instructed us that there is a risk of complications and/or birth defects.
3. I will be unable to attend the hearing scheduled for June 21, 2013 due to the two aforementioned declarations, as my presence is required in New Jersey, where I reside.
4. If the motion is heard, I hereby volunteer to attend by telephone, if the court can arrange a conference call. I can be reached at 914-714-6147. Thank you for your consideration.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated this June 3, 2013

_____
10 RIVER EDGE ROAD
BERGENFIELD NJ 07621
FRED CLARK JR (PRO SE)
ATTORNEY FOR THE PLAINTIFF

1  FRED CLARK JR.
      10 River Edge Road
2     Bergenfield, NJ 07621
      Telephone: (201) 233-9408
3     Facsimile: (201) 374-1176

4  Attorney for Plaintiff, Pro Se

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 FRED CLARK JR.,                    ) Case No.: 12cv1186JLS(BLM)
                                      )
12           Plaintiff,               ) **CERTIFICATE OF SERVICE**
                                      )
13      vs.                           )
                                      )
14 THE CITY OF SAN DIEGO, et al.,     )
                                      )
15           Defendants.              )
                                      )
16 _____

17      I, Lydia R. Clark, declare under penalty of perjury that I am, and was at the

18 time of service of the papers herein referred to, over the age of eighteen years and

19 not a party to this action; and that I served the individuals on the service list

20 attached hereto the following documents:

21   • **DECLARATION OF THE PLAINTIFF IN SUPPORT OF EX-PARTE APPLICATION TO ATTEND HEARING FOR THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY TELEPHONE ;**
22   • **NOTICE OF EX-PARTE APPLICATION AND EX-PARTE APPLICATION TO ATTEND HEARING FOR THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY TELEPHONE**
23   • **[PROPOSED] ORDER GRANTING THE PLAINTIFF'S EX-PARTE APPLICATION TO ATTEND HEARING FOR THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY TELEPHONE; AND**
24   • **CERTIFICATE OF SERVICE; DATED June 4, 2013.**

25 by placing a copy thereof in a separate envelope for each addressee named hereafter,

26 addressed to each such addressee respectively as follows:

27

28

                                        1

                                              Case No.:   12cv1186JLS(BLM)

1 | JOHN RILEY
OFFICE OF THE CITY ATTORNEY, CITY OF SAN DIEGO
2 | 1200 THIRD AVENUE, SUITE 1100
SAN DIEGO, CA 92101
3 | Attorney for Defendants, Deputy City Attorney

4 | CLERK OF THE COURT
UNITED STATES DISTRICT COURT
5 | SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUITE 4290
6 | SAN DIEGO, CA 92101

[x]   (BY MAIL) I served the individuals named by placing the aforementioned documents in a sealed envelope. I then placed it for collection with the United States Postal Service this same day.

Dated this June 4, 2013

*(signature)*
Lydia R. Clark