JAN I. GOLDSMITH, City Attorney
ANDREW JONES, Assistant City Attorney
JOHN RILEY, Deputy City Attorney
California State Bar No. 144268
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:  (619) 533-5856

Attorneys for Defendant CITY OF SAN DIEGO, MARK RINGGENBERG, CAROLOS REAL AND L. JOHNSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CLARK, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SAN DIEGO OFFICER MARK RINGGENBERG (#6605) OFFICER CARLOS REAL (#5495) OFFICER L. JOHNSON (5954), <br><br> Defendants. | Case No. 12cv1186 JLS (BLM) <br><br> **JOINT MOTION TO DISMISS** |

IT IS HEREBY STIPULATED and jointly moved by and between plaintiff, FRED CLARK JR., and defendants CITY OF SAN DIEGO, MARK RINGGENBERG, and CAROLOS REAL, that this action be dismissed with prejudice, with each party to bear their respective costs and attorney fees.

**IT IS SO STIPULATED**.

Dated:  June 11, 2013        FRED CLARK JR.


By  */s/ Fred Clark Jr.*
     Fred Clark Jr
     Plaintiff in Pro Se

| | | |
|---|---|---|
| 1 | Dated:  June 11, 2013 | JAN I. GOLDSMITH, City Attorney |
| 2 | | |
| 3 | | By  */s/ John Riley* |
| 4 | | John Riley<br>Deputy City Attorney |
| 5 | | Attorneys for Defendants CITY OF SAN DIEGO, MARK RINGGENBERG, CARLOS REAL AND L. JOHNSON |

10   I, John Riley, hereby certify that the content of this joint motion is acceptable

11  to all persons required to sign this document. Plaintiff, Fred Clark Jr., Pro Per, has

12  authorized me to affix his CM/ECF electronic signature to this joint motion.

| | | |
|---|---|---|
| 14 | Dated:  June 11, 2013 | JAN I. GOLDSMITH, City Attorney |
| 16 | | By  */s/ John Riley* |
| 17 | | John Riley<br>Deputy City Attorney |
| 18 | | Attorneys for Defendants CITY OF SAN DIEGO, MARK RINGGENBERG, CARLOS REAL AND L. JOHNSON<br>E-mail: jriley@sandiego.gov |

Document Number: 578020               2

12cv1186

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CLARK, JR., <br><br>    Plaintiff, <br><br>    v. <br><br>THE CITY OF SAN DIEGO <br>OFFICER MARK RINGGENBERG (#6605) <br>OFFICER CARLOS REAL (#5495) <br>OFFICER L. JOHNSON (5954) <br><br>    Defendants. | Case No.  12cv1186 JLS (BLM) <br><br>**DECLARATION OF SERVICE** |

I, Anna Lonergan declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101.

I served the following document(s):  **JOINT MOTION TO DISMISS:** on the following**;**

| | |
|---|---|
| Fred Clark, Jr. <br>10 River Edge Road <br>Bergenfield, NJ  07621 <br>Tel: (914) 714-6147 <br>Attorney representing Fred Clark, Jr. | |

by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

[X]    **(BY EMAIL)** I served a courtesy copy of the above listed documents by transmitting via email to the internet address listed above. I did not receive within a reasonable period of time after the transmission any electronic message or other indication that the transmission was unsuccessful

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 6, 2013, at San Diego, California.

*[Signature]*

Anna Lonergan

Document Number: 578020    3

12cv1186