# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CLARK JR., <br><br>     vs.     Plaintiff, <br><br> THE CITY OF SAN DIEGO, et al., <br><br>                  Defendant. | CASE NO. 12-cv-1186 JLS (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> (ECF No. 49) |

     Presently before the Court is the parties' joint motion to dismiss this lawsuit in its entirety as against all defendants. (ECF No. 49.) Good cause appearing, the parties' joint motion is **GRANTED**. As stipulated by the parties, the action is dismissed in its entirety with prejudice, with each party to bear their respective costs and attorney fees.

     **IT IS SO ORDERED**.

DATED: June 12, 2013

                                                 *Janis L. Sammartino* <br>
                                                 Honorable Janis L. Sammartino <br>
                                                 United States District Judge